IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

GERALD D. RILEY and wife,
TERESA M. RILEY

    Plaintiffs,

vs.

MERCK & CO., INC.; CAREMARK RX, INC.; SARAH C. CAPOCACCIA; STEPHANIE B. (BUCK) ISON; COURTNEY SHAY (INGRAM) McMAKIN; VINAY KRISHAN SOOD; MELISSA CAROL (McALLISTER) BARNES; MICHAEL RICHARDS; PATRICIA BLASINGAME and SCOTT EVANS,

    Defendants

Case No.: 1:05-cv-01084-JDT-sta

FILED BY ____ D.C.
05 APR 22 PM 3:50
ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W/D OF TN - JACKSON

## ORDER ON MOTION FOR SPECIAL ADMISSION PRO HAC VICE

James L. (Larry) Wright has moved for special admission pro hac vice in this action on behalf of Plaintiffs. James L. (Larry) Wright is licensed to practice law in good standing before the Texas Supreme Court. For good cause shown, that motion is granted. It is hereby ordered that Mr. Wright be admitted pro hac vice as counsel for Plaintiffs and may actively participate in any trial, pre-trial and post-trial proceedings before this court.

IT IS SO ORDERED.

Signed this the __22nd__ day of __April__, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79 (a) FRCP on __4/27/05__

18

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:05-CV-01084 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

James L. Wright
JACKS LAW FIRM
111 Congress Avenue
Suite 1010
Austin, TX 78701

Steven G. Ohrvall
HILL BOREN
191 Jefferson Ave.
Memphis, TN 38103

Lela M. Hollabaugh
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

James M. Doran
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Thomas M. Donnell
STEWART ESTES & DONNELL
424 Church St.
Ste. 1401
Nashville, TN 37219--239

Joseph R. Alexander
MITHOFF LAW FORM
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Joseph R. Alexander
MITHOFF LAW FIRM
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Honorable James Todd
US DISTRICT COURT